UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TRIAGE, LLC                                          CIVIL ACTION NO. 18-cv-1011

VERSUS                                               JUDGE DOUGHTY

CLHG-WINN, LLC                                       MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Triage, LLC filed this suit against CLHG-Winn, LLC based on an assertion of diversity jurisdiction, which puts the burden on Triage to allege specific facts that show that there is complete diversity of citizenship. Triage alleges that it has two (unspecified) members who are "residents of states other than Louisiana." Triage alleges that CLHG is a Louisiana LLC, but the complaint does not provide information about CLHG's membership.

The complaint does not provide sufficient information to establish subject-matter jurisdiction. Counsel should review the rules in decisions such as Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp., 2018 WL 3551525 (W.D. La. 2018) and Settlement Funding, LLC v. Rapid Settlements, Ltd., 851 F.3d 530 (5th Cir. 2017). It is also noted that, with respect to individuals, it is domicile rather than mere residency that decides citizenship for diversity purposes. "It is well established that an allegation of residency does not satisfy the requirement of an allegation of citizenship." Great Plains Trust Co. v. Morgan Stanley, 313 F.3d 305, 310 n. 2 (5th Cir. 2002), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888 (5th Cir. 1984).

Plaintiff should promptly file an amended complaint to set forth the necessary details about citizenship. No deadline will be set at this time. Plaintiff may be able to amend without leave of court if it acts within the time permitted by Fed. R. Civ. Pro. 15(a). If it waits until that time has passed, it will need to file a motion for leave of court. CLHG is directed to cooperate in providing any necessary information to establish its citizenship.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 20th day of August, 2018.

Mark L. Hornsby
U.S. Magistrate Judge